No. 976. CHOCTAW NATION ET AL. *v.* OKLAHOMA ET AL.; and

No. 1104. CHEROKEE NATION OR TRIBE OF INDIANS IN OKLAHOMA *v.* OKLAHOMA ET AL. C. A. 10th Cir. Certiorari granted. Cases consolidated and a total of two hours allotted for oral argument. *J. D. McLaughlin* for petitioners in No. 976, and *Peyton Ford, Earl Boyd Pierce,* and *Paul M. Niebell* for petitioner in No. 1104. *G. T. Blankenship,* Attorney General, for respondent State of Oklahoma, *N. A. Gibson* for respondents Commissioners of the Land Office of Oklahoma, *James H. Ross* for respondent Eason Oil Co., *Robert W. Richards* for respondent Mobil Oil Corp., *David O. Cordell, Riley B. Fell,* and *Oscar L. Hasty* for respondent Marathon Oil Co., and *S. W. Wells* for respondent Skelly Oil Co., in both cases. *Solicitor General Griswold, Acting Assistant Attorney General Taylor, Louis F. Claiborne,* and *Roger P. Marquis* for the United States as *amicus curiae* in support of the petitions in both cases. Reported below: 402 F. 2d 739.

No. 668, Misc. MORALES *v.* NEW YORK. Ct. App. N. Y. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case transferred to appellate docket. *Henry B. Rothblatt* for petitioner. *Burton B. Roberts* and *Daniel J. Sullivan* for respondent.

No. 1094. BORCHERT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Robert A. Neeb, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.